UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS RAY MARSDEN,<br><br>　　Plaintiff,<br><br>v.<br><br>ZEBULON (ZEB) GRAHAM, in his official and individual capacities as detective and deputy sheriff of the Bonneville County Sheriff's Department, RANDALL (RANDY) NEAL, in his official and individual capacities as the duly elected Prosecuting Attorney for Bonneville County,<br><br>　　Defendant. | Case No. 4:23-cv-00547-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　On October 25, 2024, United States Magistrate Judge Patricco issued a Report and Recommendation (Dkt. 47), recommending that the following motions be denied without prejudice: (1) Plaintiff's Motion to Admit Second Amended Verified Complaint and Jury Demand (Dkt. 43); (2) Plaintiff's Amended Brief in Support of Plaintiff's Motion for Summary Judgment (Dkt. 44); and Plaintiff's Motion to Admit Amended Brief (Dkt. 45).

　　Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) (C).

The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. *Id.*; *see also* Fed. R. Civ. P. 72(b).

No objections to the report and recommendation were filed and the time for doing so has passed. The Court has reviewed the Report and Recommendation, the plaintiffs' filings, and the entire record in this matter. Based upon this review, the Court finds the Report and Recommendation has correctly decided the Motions.

## ORDER

**IT IS ORDERED:**

1. The Report and Recommendation entered on October 25, 2024 (Dkt. 47) is INCORPORATED and ADOPTED in its entirety.

2. Plaintiff's Motion to Admit Second Amended Verified Complaint and Jury Demand (Dkt. 43) is denied without prejudice, so that Plaintiff has the opportunity to file briefing consistent with the Federal Rules of Civil Procedure.

3. Plaintiff's Amended Brief in Support of Plaintiff's Motion for Summary Judgment in Law and in Equity (Dkt. 44) is denied without prejudice.

4. Plaintiff's Motion to Admit Amended Brief in Support of Plaintiff's Second Amended Verified Complaint and Jury Demand (Dkt. 45) is denied without prejudice, so that Plaintiff has the opportunity to file briefing consistent with the Federal Rules of Civil Procedure.

DATED: December 2, 2024

B. Lynn Winmill
U.S. District Court Judge